1 Todd M. Friedman (SBN 216752)
2 Adrian R. Bacon (SBN 280332)
3 Meghan E. George (SBN 274525)
  Thomas E. Wheeler (SBN 308789)
4 LAW OFFICES OF TODD M. FRIEDMAN, P.C.
5 21550 Oxnard St. Suite 780,
  Woodland Hills, CA 91367
6 Phone: 877-206-4741
7 Fax: 866-633-0228
  tfriedman@toddflaw.com
8 abacon@toddflaw.com
9 mgeorge@toddflaw.com
  twheeler@toddflaw.com
10 *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Steven Pugh,** | ) Case No. **3:17-cv-00096-L-MDD** |
| **Plaintiff,** | ) |
|  | ) **NOTICE OF SETTLEMENT** |
| vs. | ) |
| **Ace Cash Express, Inc.,** | ) |
| **Defendant.** | ) |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that the parties have reached a settlement in principle and are currently preparing a settlement agreement. Plaintiff, with Defendant's consent and agreement, requests that this Honorable Court vacate all pending deadlines and hearings and allow thirty (30) days within which to file dispositive documentation, including a Joint Stipulation of Dismissal. This Court shall retain jurisdiction over this matter until fully resolved.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted this 8th Day of March, 2017.

By: <u>s/Todd M. Friedman</u>
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 8th Day of March, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable M. James Lorenz
United States District Court
Southern District of California

And all Counsel of Record on the electronic service list.

This 8th Day of March, 2017.

s/Todd M. Friedman
Todd M. Friedman